# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULINA MALLARI DEOCERA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS BLUE SHIELD,<br><br>Defendant. | CIVIL ACTION NO.:<br>3:18-cv-14465-BRM-DEA<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Kenny Molina, being duly sworn, deposes and says:

1. That I am over eighteen years of age, am employed by Troutman Sanders LLP, and am not a party to this action.

2. That on the 19th day of October, 2018, I served a true and correct copy of the (i) Notice of Motion to File Under Seal; (ii) Anthem's Letter-Brief in Support of Motion; (iii) Proposed Order; (iv) Certificate of Service; (v) Notice of Motion to Dismiss; Anthem's Memorandum of Law in Support of Its Motion to Dismiss; (vi) Declaration of Stephen J. Steinlight, with Exhibits; vii) Proposed Order; and (viii) Certificate of Service by FedEx upon:

Paulina Mallari Deocera
203 Goldmine Lane
Old Bridge, NJ 08857

by delivering the same in a properly addressed wrapper into the custody of FedEx for overnight delivery prior to the last time designated by FedEx for overnight delivery.

_Kenny Molina_
Kenny Molina

Sworn to before me this
22nd day of October, 2018

_____
Notary Public

JOHN C MURPHY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6346875
Qualified In Nassau County
My Commission Expires 08-22-2020