Paulina M. DeOcera
203 Goldmine Lane
Old Bridge, NJ 08857



February 4, 2019

<u>VIA FEDERAL EXPRESS</u>
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   DeOcera v. Anthem Blue Cross Blue Shield Civil Action No. 3:18-cv-14465-BRM-DEA

Your Honor:

This letter is in connection to the Discovery Confidentiality Order document that the Attorney of the Defendant sent me to review and comply with.

I did not sign the document because it appeared to be biased toward the Anthem Blue Cross Blue Shield image, reputation, and secrecy. All the documents that I have previously submitted to the court are true and I am not ashamed to discuss the truth openly.

I, however, am willing to comply and sign the document if there is a settlement or if the court orders me to do so.

Respectfully,

Paulina M. DeOcera

cc: Stephen J. Steinlight via mail